FARELLA BRAUN + MARTEL LLP
DOUGLAS DEXTER
AMBER CHRYSTAL
Russ Building
235 Montgomery Street
San Francisco, California 94104
Telephone:  415.954.4400
Facsimile:   415.954.4480
Email:  ddexter@fbm.com
         achrystal@fbm.com

VORYS, SATER, SEYMOUR AND PEASE LLP
THOMAS N. MCCORMICK (*Pro Hac Vice*)
52 E. Gay St.
P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  614.464.6433
Facsimile:   614.719.4693
Email:  tnmccormick@vorys.com

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.

*Additional Counsel Listed on Second Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINA SCHLITT,<br><br>            Plaintiff,<br>   v.<br><br>ABERCROMBIE & FITCH STORES, INC., and DOES 1-10, inclusive,<br><br>            Defendant. | Case Number:  3:15-CV-01369-WHO<br><br>**STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE AND EXTENSION OF DISCOVERY CUTOFF** |

1

ADDITIONAL COUNSEL

Alan J. Reinach (SBN 196899)
Jonathon Cherne (SBN 281548)
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
805-413-7398
ajreinach@churchstate.org

Attorneys for Plaintiff
RAJINA SCHLITT

Plaintiff Rajina Schlitt ("Schlitt"), and Defendant Abercrombie & Fitch Stores, Inc. ("Abercrombie"), through the undersigned counsel do hereby stipulate to the following:

1. Abercrombie filed its Motion for Summary Judgment ("Motion") on February 29, 2016, with a noticed hearing date of May 4, 2016.

2. Schlitt shall have until April 6, 2016, inclusive, to file her Opposition to Abercrombie's Motion.

3. Abercrombie shall have until April 20, 2016, inclusive, to file its Reply in support of its Motion.

4. The deadline for conducting fact discovery shall be extended from April 29, 2016, to June 15, 2016, inclusive.

5. All other deadlines in the Court's Minute Entry (ECF 17) shall remain unchanged.  A settlement conference is scheduled for July 1, 2016 (ECF 27).  The final pretrial conference is scheduled for August 15, 2016 (ECF 17).  Trial is scheduled for September 12, 2016 (ECF 17).

IT IS SO STIPULATED.

DATED: March 1, 2016    /s/Alan J. Reinach
                        Alan J. Reinach
                        *Counsel for Plaintiff*

DATED: March 1, 2016    /s/Thomas N. McCormick
                        Thomas N. McCormick
                        *Counsel for Defendant*

IT IS SO ORDERED.

_____
Hon. William H. Orrick
United States District Judge

Dated: March 2, 2016